**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

**FRED A.P.,**

       **Plaintiff,**

   **v.**                        **Civil Action No. 3:21cv378**

**KILOLO KIJAKAZI,**
**Acting Commissioner of Social Security,**

       **Defendant.**

## FINAL ORDER

This matter comes before the Court on the August 9, 2022 Report and Recommendation (the "R&R") issued by the Honorable Mark R. Colombell, United States Magistrate Judge. (ECF No. 24.). The R&R recommends Plaintiff's Motion for Summary Judgment (ECF No. 20) be denied, Defendant's Motion for Summary Judgment (ECF No. 22) be granted, and the final decision of the Commissioner be affirmed. No objections to the R&R have been filed and the time to do so has expired.

Finding no error, the Court:

  (1)    ADOPTS the findings and recommendations as set forth in the R&R, (ECF No. 24);

  (2)    DENIES Plaintiff's Motion for Summary Judgment, (ECF No. 20);

  (3)    GRANTS Defendant's Motion for Summary Judgment, (ECF No. 22);

  (4)    AFFIRMS the final decision of the Commissioner; and,

  (5)    DIRECTS the Clerk to CLOSE this case.

Let the Clerk of the Court send a copy of this Order to all counsel of record.

It is so ORDERED.

Date: 8/24/2022
Richmond, Virginia

/s/
M. Hannah Lauck
United States District Judge